THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HENRY COLEMAN, Defendant-Appellant.

(No. 73-381;

Second District (2nd Division)—May 22, 1975.

*Rehearing denied July 22, 1975.*

Opinion by Mr. PRESIDING JUSTICE RECHENMACHER.

Ralph Ruebner, of State Appellate Defender's Office, of Elgin, for appellant.

Jack Hoogasian, State's Attorney, of Waukegan (James W. Jerz, Edward N. Morris, and Robert L. Berkover, all of Illinois State's Attorneys Association, of counsel), for the People.